# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### DOCKET NO. 3:14-cv-00484-FDW-DSC

| | |
|---|---|
| MARCIA BROADWAY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| THE LANE CONSTRUCTION COMPANY | )  **ORDER**<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court *sua sponte*. On March 24, 2015, the parties filed a Report of Mediation (Doc. No. 12) informing the court that the instant case had completely settled. The Court informed the parties that they were to file a stipulation of dismissal within thirty (30) days. Thirty days have passed and no entry of judgment or stipulation of dismissal has been filed.

IT IS THEREFORE ORDERED THAT the above captioned matter is DISMISSED WITHOUT PREJUDICE. Either party may petition the Court to reopen the case upon a finding of cause within three days.

IT IS SO ORDERED.

Signed: April 24, 2015

Frank D. Whitney
Chief United States District Judge